IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Dominique | Case Number: 08 B 09422 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 4/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Asset Acceptance | Unsecured | 95.01 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 64.37 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 36.97 | 0.00 |
| 4. | Credit Acceptance Corp | Unsecured | 696.05 | 0.00 |
| 5. | 7447 South Shore | Unsecured | | No Claim Filed |
| 6. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 7. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | Collection Company Of America | Unsecured | | No Claim Filed |
| 10. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| 11. | Salute Visa | Unsecured | | No Claim Filed |
| 12. | Illinois Lending Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 892.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brown, Dominique

Printed:  9/3/08

Case Number:  08 B 09422
Judge:  Wedoff, Eugene R
Filed:  4/17/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____